UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN HERSTON SCOTT,
    Plaintiff,

vs.                                          Case No.:  3:21cv1493/LAC/EMT

ESCAMBIA COUNTY BOARD OF
COMMISSIONERS, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, an inmate of the Escambia County Jail proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  On November 4, 2021, the court granted Plaintiff's motion to proceed in forma pauperis (IFP), assessed an initial partial filing fee (IPFF) in the amount of $35.80, pursuant to 28 U.S.C. § 1915(b)(1), and directed Plaintiff to pay the IPFF within thirty days (ECF No. 6).

Plaintiff did not pay the IPFF within the time allowed.  The court thus entered an order on December 14, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the court (ECF No. 7).  The time for compliance with the show cause order has now expired, and Plaintiff has neither responded to the order nor paid the IPFF.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of January 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv1493/LAC/EMT