UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN HERSTON SCOTT,
    Plaintiff,

vs.                                  Case No.:  3:21cv1493/LAC/EMT

ESCAMBIA COUNTY BOARD OF
COMMISSIONERS, et al.,
    Defendants.
_____/

## ORDER

    The chief magistrate judge issued a Report and Recommendation on January 24, 2022 (ECF No. 8).  The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 28th day of February, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**